# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 13, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

135745(25)

LAWRENCE EUGENE DELL, #269764

     Plaintiff-Appellant,

v

ST CLAIR CIRCUIT COURT,

     Defendant-Appellee.

_____

SC: 135745
CoA: 281475

On order of the Chief Justice, the motion for reconsideration of the order of January 31, 2008 is considered and it is DENIED because it does not appear the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 13, 2008

_____
Clerk